_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 26, 2023

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
E-mail: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DONALD SCOTT HERMAN<br><br><br><br><br><br>Debtor(s). | Case No. 23-11323 mkn<br>Chapter 13<br><br>**CONDITIONAL ORDER RE:**<br>**CONFIRMATON OF DEBTOR(S)**<br>**PROPOSED CHAPTER 13 PLAN**<br><br>Confirmation Hearing:<br>Date:   July 13, 2023<br>Time:  1:30 p.m. |

The hearing regarding confirmation of the Debtor(s)' proposed Chapter 13 Plan was held on the date and time above-captioned; notice of said hearing was properly given and the Trustee having filed an Opposition thereto; counsel for the Trustee being present at the hearing and the Debtor(s) being represented by Michael J. Harker, Esq. of Law Office of Micheal J. Harker at the pre-hearing meeting; now, therefore,

**IT IS HEREBY ORDERED** that the confirmation hearing on the Debtor(s) proposed Chapter 13 Plan is continued to **August 24, 2023 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that by **July 24, 2023** the Debtor(s) must cure the delinquency with plan payments by either (1) tendering payments pursuant to the currently proposed plan or (2) file and notice an amended plan that addresses the delinquency as well as tender a payment of at least $1600.

**IT IS FURTHER ORDERED** that failure to comply with the above-stated conditions will result in the Trustee filing a Declaration of non-compliance and submitting a dismissal order to the Court without further notice.

Submitted by:

/s/  Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Nevada Bar No. 12164
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
Dated:        July 18, 2023

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, an attorney submitting this document certifies as follows:

  X     The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

_____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###