_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 01, 2023
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
E-mail: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) | Case No: 23-11323-MKN |
|---|---|---|
|  | ) | Chapter 13 |
| DONALD SCOTT HERMAN, | ) |  |
|  | ) | **ORDER DISMISSING CASE** |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

### ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH CONDITIONAL ORDER AS DOCKET NO. 32

The hearing regarding confirmation of the Debtor's proposed Chapter 13 Plan #1 was held on July 13, 2023 at 1:30 PM; The confirmation hearing resulted in entry of a Conditional Order entered as Docket No. 32;   now, therefore,

**IT IS HEREBY ORDERED** that since the Debtor did not comply with the requirements of the Conditional Order as evidenced by the Declaration filed as Docket No 33, the Bankruptcy Case will be dismissed.

1

**IT IS SO ORDERED.**

Respectfully submitted by:

/s/ Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Nevada Bar No. 12164
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
Dated:          7/31/2023

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, an attorney submitting this document certifies as follows:

   X    The court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

_____    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2

###